IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK MINK                                                                                                   PLAINTIFF

V.                                           NO. 3:05CV00287-JFF

JO ANNE B. BARNHART,                                                                              DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for calculation and continued payment of benefits. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED

DATED this 5st day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE